305 So.2d 385

**In re Geraldine REEVES**

v.

**STATE.**

**Ex parte Geraldine Reeves.**

**SC 1091.**

Supreme Court of Alabama.

Dec. 19, 1974.

David L. Barnett, Mobile, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Geraldine Reeves for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Reeves v. State, 53 Ala.App. 108, 305 So.2d 383.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

300 So.2d 837

**In re Richard Eugene ROMEI**

v.

**Frances Laura ROMEI.**

**Ex parte Frances Laura Romei.**

**SC 947.**

Supreme Court of Alabama.

Sept. 19, 1974.

Sirote, Permutt, Friend & Friedman and James A. Harris, Jr., Birmingham, for petitioner.

No brief for respondent.

HARWOOD, Justice.

Petition of Frances Laura Romei for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Romei v. Romei, 53 Ala.App. 391, 300 So.2d 834.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.

309 So.2d 485

**In re Philip Robert ROYNICA**

v.

**Ex parte Philip Robert Roynica.**

**STATE of Alabama.**

**SC 1063.**

Supreme Court of Alabama.

Feb. 20, 1975.

John S. Glenn, Opelika, for petitioner.

None for the State.

MERRILL, Justice.

Petition of Philip Robert Roynica for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Roynica v. State, 54 Ala.App. ——, 309 So.2d 475.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.